UNITED STUDIOS, INC., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 23900. Promulgated March 6, 1929.

*Ralph Smith, Esq.*, for the petitioner.
*Maxwell E. McDowell, Esq.*, for the respondent.

738

OPINION.

TRUSSELL: The decision of the issue here presented is controlled by our decision in *Robert Brunton Studios, Inc.*, 15 B. T. A. 727, wherein we held that the same petitioner, then known by that name, was entitled to include in its asset account, subject to depreciation for years prior to the one here involved, the $35,000 item in question. Such allowance should be made and the deficiency redetermined accordingly.

*Judgment will be entered pursuant to Rule 50.*